# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:  In Proceedings
Under Chapter 13

Tara Ellen Carney

BK 13–40504–lkg

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–7424

# ORDER

    The above named debtor(s) having filed a Chapter 13 proceedings before this Court,

    **IT IS ORDERED** that the debtor(s) pay to the Trustee, within thirty (30) days from the date the petition was filed/converted, and every month thereafter, the sum required under the proposed plan. Failure to make any payment under the plan may result in dismissal of the case without further notice or hearing.

ENTERED: May 1, 2013                                                     /s/ Laura K. Grandy
                                                                                 UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:                                                                  Case No. 13-40504-lkg
Tara Ellen Carney                                                       Chapter 13
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0754-4        User: admin              Page 1 of 2              Date Rcvd: May 01, 2013
                            Form ID: 183             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db          +Tara Ellen Carney,   200 Mundy Street,   Eldorado, IL 62930-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**           **Signature:** _Joseph Speetjens_

```
District/off: 0754-4          User: admin              Page 2 of 2              Date Rcvd: May 01, 2013
                              Form ID: 183             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2013 at the address(es) listed below:
              Bob G Kearney    ecfmail@bobkearney13.com, bkearney13@ecf.epiqsystems.com
              Jay B Howd    on behalf of Debtor Tara Ellen Carney notice.carbondale.bcpc@gmail.com,
               notice.marion.bcpc@gmail.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
                                                                                             TOTAL: 3
```